**Order entered April 13, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00376-CV

## THE UNIVERSITY OF TEXAS AT DALLAS, Appellant

## V.

## RICHARD J. ADDANTE, Ph.D., Appellee

**On Appeal from County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-03174**

## ORDER

Before the Court is appellant's April 9, 2020 unopposed motion to extend time to file its opening brief. We **GRANT** the motion and extend the time to June 10, 2020.

/s/ ROBERT D. BURNS, III
JUSTICE